**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Nevada

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | V&H PIZZA 1, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | DBA NAPOLI PIZZA |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-4590645 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 765 N NELLIS BLVD UNIT 10 | 3815 FAIRMEADE RD |
| Number        Street | Number        Street |
| | P.O. Box |
| LAS VEGAS          NV      89110 | Pasadena          CA      91107 |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clark County | |
| County | Number        Street |
| | |
| | City          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | V&H PIZZA 1, LLC | | Case number (if known) | _ |
|--------|------------------|--|------------------------|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor   V&H PIZZA 1, LLC
_____    Case number *(if known)*_____
         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | V&H PIZZA 1, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/15/2022
MM / DD / YYYY

✖ /s/ JACOB TCHAMANIAN
Signature of authorized representative of debtor

JACOB TCHAMANIAN
Printed name

Title  manager of member TBD Restaurants LLC

**18. Signature of attorney**

✖ /s/ David Riggi
Signature of attorney for debtor

Date  09/15/2022
MM / DD / YYYY

David Riggi
Printed name

Riggi Law
Firm name

5550 Painted Mirage Road Suite 320
Number        Street

Las Vegas
City

NV
State

89149
ZIP Code

702-463-7777
Contact phone

riggilaw@gmail.com
Email address

4727
Bar number

NV
State

## RESOLUTION AND DECLARATION OF THE MEMBER(S) OF
## V & H PIZZA 1, LLC

The undersigned, a MANAGING MEMBER of V & H PIZZA, LLC, a Nevada limited liability company  (the "Company"), hereby approves and adopts the following resolutions effective as of September 14, 2022:

RESOLVED that in the judgment of the member(s) of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy  Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that JACOB TCHARMANIAN (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, subchapter V, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy  Code.

RESOLVED that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved;

IN WITNESS  WHEREOF, the undersigned,  on behalf of the member(s), by execution hereof, hereby approve this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

V&H PIZZA LLC,
a Nevada LLC:

DATED: September 15, 2022

By:   _/s/ Jacob Tcharmanian_
Jacob Tcharmanian,
as Managing Member of TBD Restaurants, LLC, sole member of the Company/
Responsible Person

**STATEMENT FOR V&H PIZZA 1 LLC**
**REGARDING PREPARATION AND AVAILABILITY OF DOCUMENTS**
**PURSUANT TO 11 U.S.C. 1116(1)**

On behalf of V&H PIZZA 1 LLC, a Nevada LLC (the "Company"), I have reviewed requirements set forth in 11 U.S.C. 1116 and, after such review, I hereby state that:

(1) The most recently filed Federal income tax return of the Company is attached hereto; and

(2) No document that could be interpreted as a balance sheet, statement of operations or cash-flow statement, within a reasonable interpretation of section 1116, has been prepared for the Company.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on September 15, 2022.

By: *Isl Jacob Tchamanian*
JACOB TCHAMANIAN,
a Member Manager of
the member-manager of
the Company

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2020, or tax year beginning _____ , 2020, ending _____ , 20 _____

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2020**

| | |
|---|---|
| **A** Principal business activity<br>Retail / web sales | **D** Employer identification number |
| **B** Principal product or service<br>food | **E** Date business started<br>04/20/2009 |
| **C** Business code number<br>722511 | **F** Total assets (see instructions)<br>$ 222,361. |

Name of partnership
V&H Pizza,llc

Number, street, and room or suite no. If a P.O. box, see instructions.
3815 Fairmeade Rd

City or town, state or province, country, and ZIP or foreign postal code
Pasadena                              CA   91107

Type or Print

**G** Check applicable boxes:  **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☒ Address change  **(5)** ☐ Amended return

**H** Check accounting method:  **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ _____ 2

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**K** Check if partnership:  **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales . . . . . . . . . . . . . | **1a** | 974,397. | |
| **b** | Returns and allowances . . . . . . . . . . . . . | **1b** | | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | **1c** | 974,397. |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . | **2** | 383,877. |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . | **3** | 590,520. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . | **6** | |
| **7** | Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . | **7** | |
| **8** | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . | **8** | 590,520. |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) . . . . . . . . | **9** | 280,204. |
| **10** | Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | **11** | 2,800. |
| **12** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 31,728. |
| **14** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . | **14** | 111,361. |
| **15** | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . | **15** | |
| **16a** | Depreciation (if required, attach Form 4562) . . . . | **16a** | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . | **17** | |
| **18** | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . | **19** | |
| **20** | Other deductions (attach statement) . . . . See Stmt . . . . . . . . . . . | **20** | 242,066. |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . | **21** | 668,159. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . | **22** | -77,639. |

**Tax and Payment**

| | | | |
|---|---|---|---|
| **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . | **23** | |
| **24** | Interest due under the look-back method—income forecast method (attach Form 8866) . . . | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . | **25** | |
| **26** | Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . | **27** | |
| **28** | Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . | **30** | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____
Signature of partner or limited liability company member

▶   Date  05/23/2021

May the IRS discuss this return with the preparer shown below? See instructions.  ☐ **Yes**  ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|

Firm's name ▶   Self-Prepared

Firm's EIN ▶

Firm's address ▶

Phone no.

For Paperwork Reduction Act Notice, see separate instructions.          BAA          Form **1065** (2020)

REV 05/18/21 TTBIZ

Form 1065 (2020)    Page **2**

## Schedule B    Other Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | |

| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership |
|---|---|---|---|
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership |
| **e** | ☐ Foreign partnership | **f** | ☐ Other ▶ |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . | | × |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . | | × |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . | | | × |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . | | | × |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . | | | × |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . | | | × |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | | × |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . | | | × |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . | | | × |
| | See instructions for details regarding a section 754 election. | | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . | | | × |

Form **1065** (2020)

Form 1065 (2020)                                                                                                                            Page **3**

| **Schedule B** | **Other Information** (continued) | | Yes | No |
|---|---|---|---|---|
| | c  Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | × |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | × |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . ▶ | | | × |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 16a | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . | | | × |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . | | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 . . . . . . . . . . ▶ | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . | | | × |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | × |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . | | | × |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | | × |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . ▶ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . | | | × |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . | | | × |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | | |
| | If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | | × |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ ██████████

| U.S. address of PR | 3815 Fairmeade Rd   Pasadena CA 91107 | U.S. phone number of PR | ▶ ████████ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual | ▶ | U.S. phone number of designated individual | ▶ |
|---|---|---|---|

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | | × |
|---|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 16 . . . . . . . . . . . ▶ $ | | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . ▶ | | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . | | | × |
| 29 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | | × |
| | Percentage: _____ By Vote _____ By Value _____ | | | |

REV 05/18/21 TTBIZ                                                                                                            Form **1065** (2020)

Form 1065 (2020)      Page **4**

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|

### Income (Loss)

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | −77,639. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| 3a | Other gross rental income (loss) | 3a | | |
| b | Expenses from other rental activities (attach statement) | 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| 4 | Guaranteed payments: **a** Services   4a    **b** Capital   4b | | | |
| | **c** Total. Add lines 4a and 4b | | 4c | |
| 5 | Interest income | | 5 | |
| 6 | Dividends and dividend equivalents: **a** Ordinary dividends | | 6a | |
| | **b** Qualified dividends   6b    **c** Dividend equivalents   6c | | | |
| 7 | Royalties | | 7 | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| b | Collectibles (28%) gain (loss) | 9b | | |
| c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| 11 | Other income (loss) (see instructions)   Type ▶ | | 11 | |

### Deductions

| | | | | |
|---|---|---|---|---|
| 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| 13a | Contributions | | 13a | |
| b | Investment interest expense | | 13b | |
| c | Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ | | 13c(2) | |
| d | Other deductions (see instructions)   Type ▶ | | 13d | |

### Self-Employ-ment

| | | | | |
|---|---|---|---|---|
| 14a | Net earnings (loss) from self-employment | | 14a | −77,639. |
| b | Gross farming or fishing income | | 14b | |
| c | Gross nonfarm income | | 14c | 590,520. |

### Credits

| | | | | |
|---|---|---|---|---|
| 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| b | Low-income housing credit (other) | | 15b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| d | Other rental real estate credits (see instructions)   Type ▶ | | 15d | |
| e | Other rental credits (see instructions)   Type ▶ | | 15e | |
| f | Other credits (see instructions)   Type ▶ | | 15f | |

### Foreign Transactions

| | | | | |
|---|---|---|---|---|
| 16a | Name of country or U.S. possession ▶ | | | |
| b | Gross income from all sources | | 16b | |
| c | Gross income sourced at partner level | | 16c | |
| | Foreign gross income sourced at partnership level | | | |
| d | Reserved for future use ▶   **e** Foreign branch category ▶ | | 16e | |
| f | Passive category ▶ _____ **g** General category ▶ _____ **h** Other (attach statement) ▶ | | 16h | |
| | Deductions allocated and apportioned at partner level | | | |
| i | Interest expense ▶ _____ **j** Other ▶ | | 16j | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| k | Reserved for future use ▶   **l** Foreign branch category ▶ | | 16l | |
| m | Passive category ▶ _____ **n** General category ▶ _____ **o** Other (attach statement) ▶ | | 16o | |
| p | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | | 16p | |
| q | Reduction in taxes available for credit (attach statement) | | 16q | |
| r | Other foreign tax information (attach statement) | | | |

### Alternative Minimum Tax (AMT) Items

| | | | | |
|---|---|---|---|---|
| 17a | Post-1986 depreciation adjustment | | 17a | |
| b | Adjusted gain or loss | | 17b | |
| c | Depletion (other than oil and gas) | | 17c | |
| d | Oil, gas, and geothermal properties—gross income | | 17d | |
| e | Oil, gas, and geothermal properties—deductions | | 17e | |
| f | Other AMT items (attach statement) | | 17f | |

### Other Information

| | | | | |
|---|---|---|---|---|
| 18a | Tax-exempt interest income | | 18a | |
| b | Other tax-exempt income | | 18b | |
| c | Nondeductible expenses | | 18c | |
| 19a | Distributions of cash and marketable securities | | 19a | 0. |
| b | Distributions of other property | | 19b | 0. |
| 20a | Investment income | | 20a | |
| b | Investment expenses | | 20b | |
| c | Other items and amounts (attach statement)   ** SEC 199A INFO: SEE STMT A | | | |

REV 05/18/21 TTBIZ      Form **1065** (2020)

Form 1065 (2020) <span style="float:right">Page **5**</span>

## Analysis of Net Income (Loss)

| | | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p . . . . **1** | | | | | | −77,639. |
| 2 | Analysis by partner type: | | | | | | |
| a | General partners | | | | | | |
| b | Limited partners | | −3,882. | | −73,757. | | |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable . . . . | | | | |
| b | Less allowance for bad debts . . . . | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) . . . | | | | |
| 7a | Loans to partners (or persons related to partners) . | | | | |
| b | Mortgage and real estate loans . . . | | | | |
| 8 | Other investments (attach statement) . . | | | | |
| 9a | Buildings and other depreciable assets . . | | | | |
| b | Less accumulated depreciation . . . | | | | |
| 10a | Depletable assets . . . | | | | |
| b | Less accumulated depletion . . . | | | | |
| 11 | Land (net of any amortization) . . . | | | | |
| 12a | Intangible assets (amortizable only) . . | | | | |
| b | Less accumulated amortization . . . | | | | |
| 13 | Other assets (attach statement) . . . | | | | 222,361. |
| 14 | Total assets | | | | 222,361. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) . . . | | | | |
| 18 | All nonrecourse loans . . . | | | | |
| 19a | Loans from partners (or persons related to partners) . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more . | | | | |
| 20 | Other liabilities (attach statement) . . . | | | | |
| 21 | Partners' capital accounts . . . . | | 0. | | 222,361. |
| 22 | Total liabilities and capital . . . | | 0. | | 222,361. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | −77,639. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) . . . . | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | 8 | Add lines 6 and 7 . . . . . . . | |
| b | Travel and entertainment $ _____ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | −77,639. |
| 5 | Add lines 1 through 4 . . . . | −77,639. | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . | 0. | 6 | Distributions: **a** Cash . . . . . . | 0. |
| 2 | Capital contributed: **a** Cash . . . | 300,000. | | **b** Property . . . . | 0. |
| | **b** Property . . . | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books . . . . | −77,639. | | | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 . . . . . . . | 0. |
| 5 | Add lines 1 through 4 . . . . | 222,361. | 9 | Balance at end of year. Subtract line 8 from line 5 | 222,361. |

<span style="float:right">Form **1065** (2020)</span>

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name
V&H Pizza,llc

Employer identification number

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 383,877 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 383,877 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 383,877 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
    under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☐ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"
    attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

    REV 05/18/21 TTBIZ  Form **1125-A** (Rev. 11-2018)

651119

OMB No. 1545-0123

□ Final K-1    □ Amended K-1

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning ____ / ____ / 2020    ending ____ / ____ / ____

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | -3,882. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 19 | Distributions |
| 11 | Other income (loss) | A | 0. |
| | | C | 0. |
| 12 | Section 179 deduction | 20 | Other information |
| | | Z | * STMT |
| 13 | Other deductions | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number

██████████

**B** Partnership's name, address, city, state, and ZIP code

V&H Pizza,llc
3815 Fairmeade Rd
Pasadena, CA 91107

**C** IRS Center where partnership filed return ▶ Ogden, UT

**D** □ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

3815 Fairmeade Rd
Pasadena CA 91107

**G** ☒ General partner or LLC member-manager    □ Limited partner or other LLC member

**H1** ☒ Domestic partner    □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____    Name _____

**I1** What type of entity is this partner?    Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here    □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 5.00000 % | 5.00000 % |
| Loss | 5.00000 % | 5.00000 % |
| Capital | 5.00000 % | 5.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | | $ |
| Qualified nonrecourse financing . . $ | | $ |
| Recourse . . $ | | $ |

□ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**    **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . $ | 0. |
| Capital contributed during the year . . $ | 100,000. |
| Current year net income (loss) . . $ | -3,882. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals & distributions . . $ ( | 0. ) |
| Ending capital account . . $ | 96,118. |

**M** Did the partner contribute property with a built-in gain or loss?
□ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . $ _____
Ending . . . . . . $ _____

| 14 | Self-employment earnings (loss) | |
|---|---|---|
| A | -3,882. | |
| C | 29,526. | |

| 21 | □ More than one activity for at-risk purposes* |
|---|---|
| 22 | □ More than one activity for passive activity purposes* |

*See attached statement for additional information.*

For IRS Use Only

**V&H Pizza,llc**                                                   **264590645**          **1**

**Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Silva Chamanian)**

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Silva Chamanian)**

**Supplemental Information**                                       **Continuation Statement**

| Description | Amount |
|---|---|
| Item L. Partner's Capital Account Analysis: | |
| Beginning capital account is on the Tax Basis | |

## Statement A—QBI Pass-through Entity Reporting

| Partnership's name: V&H Pizza,llc | | | Partnership's EIN | |
|---|---|---|---|---|
| Partner's name: ▮▮▮▮ | | | Partner's identifying no: ▮▮▮▮ | |

| | 1065, Line 22 | | |
|---|---|---|---|
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . . | −3,882. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages.** . . . . . . . . . . . . . . . . . . . . . . . | 14,010. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

## Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | | Partnership's EIN: | |
|---|---|---|---|---|
| Partner's name: | | | Partner's identifying no: | |

| | | | |
|---|---|---|---|
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages.** . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

REV 05/18/21 TTBIZ

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**20 20**

For calendar year 2020, or tax year

beginning ___/___/ 2020   ending ___/___/___

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions,
Credits, etc.**    ► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) −73,757. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | 19 | Distributions    A    0.    C    0. |
| 12 | Section 179 deduction | 20 | Other information    Z * STMT |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss)    A −73,757.    C 560,994. | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

V&H Pizza,llc
3815 Fairmeade Rd
Pasadena, CA 91107

**C** IRS Center where partnership filed return ► Ogden, UT

**D** □ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TBD Restaurants, LLC
3815 Fairmeade Rd
Pasadena CA 91107

**G** ☒ General partner or LLC member-manager    □ Limited partner or other LLC member

**H1** ☒ Domestic partner    □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____    Name _____

**I1** What type of entity is this partner? Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 95.00000 % | 95.00000 % |
| Loss | 95.00000 % | 95.00000 % |
| Capital | 95.00000 % | 95.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | | $ |
| Qualified nonrecourse financing . . $ | | $ |
| Recourse . . . $ | | $ |

□ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**    **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . $ | 0. |
| Capital contributed during the year . $ | 200,000. |
| Current year net income (loss) . . $ | −73,757. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals & distributions . . $( | 0.) |
| **Ending capital account** . . . $ | 126,243. |

**M** Did the partner contribute property with a built-in gain or loss?
□ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . $ _____
Ending . . . . . . . $ _____

**21** □ More than one activity for at-risk purposes*

**22** □ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**V&H Pizza,llc**                                                                    **264590645**                    **1**

**Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (TBD Restaurants, LLC)**

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (TBD Restaurants, LLC)**

**Supplemental Information**                                                      **Continuation Statement**

| Description | Amount |
|---|---|
| Item L. Partner's Capital Account Analysis: | |
| Beginning capital account is on the Tax Basis | |

## Statement A—QBI Pass-through Entity Reporting

| Partnership's name: V&H Pizza, llc | | | Partnership's EIN: ████████ |
|---|---|---|---|
| Partner's name: TBD Restaurants, LLC | | | Partner's identifying no: ████████ |
| | 1065, Line 22 | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | −73,757. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . | 266,194. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

## Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | | Partnership's EIN: |
|---|---|---|---|
| Partner's name: | | | Partner's identifying no: |
| | | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

REV 05/18/21 TTBIZ

Form **8453-PE**

**U.S. Partnership Declaration for an IRS *e-file* Return**

► File electronically with the partnership's return. (Don't file paper copies.)
► Go to *www.irs.gov/Form8453PE* for the latest information.

OMB No. 1545-0123

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____ , 2020, and ending _____ , 20 ___ .

Name of partnership

V&H Pizza,llc

Employer identification number

| **Part I** | **Return Information** (whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) . . . . . . . . | **1** | 974,397. |
| 2 | Gross profit (Form 1065, line 3) . . . . . . . . . . . . . . . . . | **2** | 590,520. |
| 3 | Ordinary business income (loss) (Form 1065, line 22) . . . . . . . . . . | **3** | −77,639. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) . . . . . . . | **4** | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) . . . . . . . . . | **5** | |

**Part II** **Declaration of Partner or Member** (see instructions)
**Be sure to keep a copy of the partnership's Return of Partnership Income.**

Under penalties of perjury, I declare that I'm a partner or member of the above partnership and that the information I've given my electronic return originator (ERO), transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the partnership's 2020 federal return of partnership income. To the best of my knowledge and belief, the partnership's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the partnership's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgement of receipt of transmission and an indication of whether or not the partnership's return is accepted and, if rejected, the reason(s) for the rejection. If the processing of the partnership's return is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay.

**Sign
Here**

► _____ 
Signature of partner or member

05/23/2021
Date

LLC MEMBER
Title

**Part III** **Declaration of Electronic Return Originator (ERO) and Paid Preparer** (see instructions)

I declare that I've reviewed the above partnership's return and that the entries on Form 8453-PE are complete and correct to the best of my knowledge. If I'm only a collector, I'm not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The partner or member will have signed this form before I submit the return. I'll give the partner a copy of all forms and information to be filed with the IRS, and I've followed all other requirements in **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I'm also the Paid Preparer, under penalties of perjury, I declare that I've examined the above partnership's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I've any knowledge.

**ERO's
Use
Only**

| | | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|---|
| ERO's signature ► | | | | | |
| Firm's name (or yours if self-employed), address, and ZIP code ► | | | EIN | | |
| | | | Phone no. | | |

Under penalties of perjury, I declare that I've examined the above partnership's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I've any knowledge.

**Paid
Preparer
Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| Firm's name ► | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions. BAA**

REV 05/18/21 TTBIZ    Form **8453-PE** (2020)

Form **8822-B**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back.  ▶ Do not attach this form to your return.
▶ Go to *www.irs.gov/Form8822B* for the latest information.

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check **all** boxes this change affects.

1 ☒ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☐ Business location

| 4a Business name | 4b Employer identification number |
|---|---|
| V&H Pizza,llc | ▅▅▅▅▅▅▅▅▅ |

5 Old mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

765 N Nellis, STE 10 Las Vegas NV 89110

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

6 New mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

3815 Fairmeade Rd Pasadena CA 91107

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

7 New business location (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

8 New responsible party's name

9 New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)

10 **Signature.** Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶ ▅▅▅▅▅▅▅

**Sign Here**

Signature of owner, officer, or representative          05/23/2021
                                                         Date
owner
Title

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.          BAA          REV 11/06/15 TTBIZ          Form **8822-B** (Rev. 12-2019)

**Form 1065**  ·  **199A Statement A Summary**  ·  **2020**

QuickZoom to Other Copy  _____  ·  Page 1

---

**Partnership Special Allocation Information**
(See tax help for more detail)

**Note:** Special allocation codes for QBI items below will default to codes used for similar item classes for regular tax purposes. To change the default behavior, you may select a different option on the Partnership Information Worksheet. . . . . . . . ▶ _____

[X] Copy special allocation codes for items that are specially allocated on Schedule K (default).
[ ] Remove default special allocations and allocate items according to profit, loss, or ownership % (based on selection made on the Partnership Information Worksheet).
[ ] Remove default special allocations and leave these items blank on K-1 Stmt A (manual entry).

---

Partnership's Name: V&H Pizza,llc          Partnership's EIN: 26-4590645

| | 1065, Line 22<br>[ ] PTP<br>[ ] Aggregated<br>[ ] SSTB | [ ] PTP<br>[ ] Aggregated<br>[ ] SSTB | [ ] PTP<br>[ ] Aggregated<br>[ ] SSTB |
|---|---|---|---|

Partner's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | **Special Allocation** | **S A** | | | |
|---|---|---|---|---|---|
| Ordinary business inc (loss)  . | ___ | | -77,639. | _____ | _____ |
| Rental income (loss)  . . . . . | ___ | | _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ | | _____ | _____ | _____ |
| Section 1231 gain (loss)  . . . | ___ | | _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ | | _____ | _____ | _____ |
| Section 179 deduction  . . . . | ___ | | _____ | _____ | _____ |
| Other deductions  . . . . . . . | ___ | | _____ | _____ | _____ |
| W-2 wages  . . . . . . . . . . | ___ | | 280,204. | _____ | _____ |
| UBIA of qualified property  . . . | ___ | | _____ | _____ | _____ |
| *See tax help for W2 wage or UBIA Special Allocations* | | | | | |
| Section 199A dividends  . . . . | ___ | | _____ | | |

Partnership's Name: _____    Partnership's EIN: _____

| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|

Partner's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | Special<br>Allocation | S<br>A | | | |
|---|---|---|---|---|---|
| Ordinary business inc (loss)  . | | ___ | _____ | _____ | _____ |
| Rental income (loss)  . . . . . | | ___ | _____ | _____ | _____ |
| Royalty income (loss) . . . . . | | ___ | _____ | _____ | _____ |
| Section 1231 gain (loss)  . . . | | ___ | _____ | _____ | _____ |
| Other income (loss) . . . . . . | | ___ | _____ | _____ | _____ |
| Section 179 deduction  . . . . | | ___ | _____ | _____ | _____ |
| Other deductions  . . . . . . . | | ___ | _____ | _____ | _____ |
| W-2 wages  . . . . . . . . . . | | ___ | _____ | _____ | _____ |
| UBIA of qualified property  . . . | | ___ | _____ | _____ | _____ |
| *See tax help for W2 wage or UBIA Special Allocations* | | | | | |

| Section 199A dividends  . . . . | ___ | _____ | | |
|---|---|---|---|---|

spsw9907.SCR   12/14/19

## 199A Worksheet by Activity                    2020

► Keep for your records

| Partnership's name | Partnership's EIN |
|---|---|
| V&H Pizza,llc | ▉▉ –▉▉▉▉▉▉ |

**Note: See 199A Summary for Special Allocation information**
QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: ____

Trade or Business: 1065, Line 22
EIN: ▉▉▉▉▉▉▉▉▉▉

Is this activity a qualified trade/business? . . . . . . . . . [X] Yes [ ] No
Specified Service Trade or Business? . . . . . . . . . . [ ] Yes [X] No

QBI or qualified PTP items subject to partner-specific determinations:

| | | | | |
|---|---|---|---:|---:|
| **1 a** | Ordinary business income (loss) . . . . . . . . . . . . . . **1 a** | −77,639. | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . | | **1 c** | −77,639. |
| **2 a** | Rental income (loss) . . . . . . . . . . . . . . . . . . . **2 a** | | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . | | **2 c** | |
| **3 a** | Royalty income (loss) . . . . . . . . . . . . . . . . . . **3 a** | | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . | | **3 c** | |
| **4 a** | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . **4 a** | | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . | | **4 c** | |
| **5** | Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | | | |
| **6 a** | Section 179 deduction . . . . . . . . . . . . . . . . . **6 a** | | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . . . . | | **6 c** | |
| **7** | Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | | | |
| **8 a** | W-2 wages . . . . . . . . . . . . . . . . **8 a** | 280,204. | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . . . . . | | **8 c** | 280,204. |
| **9 a** | UBIA of qualified property . . . . . . . . . . . . . . . . **9 a** | | | |
| **b** | Adjustments . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** | Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . . | | **9 c** | |

**Section 179 Carryover Detail for this Activity**

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| **A** Before 2018 . . . . . . . . . . . . . . . . . | | 0. |
| **B** 2018 . . . . . . . . . . . . . . . . . . . | | |
| **C** 2019 . . . . . . . . . . . . . . . . . . . | | |
| **Total prior year carryovers to this year** . . . . . . . . . . . . . . . | | |

| **Part II: 179 Deduction Allowed by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Total 179 deduction allowed for this activity in current year** . . . . | | |
| **A** Amount allowed from 2020 . . . . . . . . . . . . . . . . . | | |
| **B** Amount allowed from before 2018 . . . . . . . . . . . . . . . | | |
| **C** Amount allowed from 2018 . . . . . . . . . . . . . . . . . | | |
| **D** Amount allowed from 2019 . . . . . . . . . . . . . . . . . | | |

| **Part III: Total Carryforward to 2021 by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **A** Carryforward from 2020 . . . . . . . . . . . . . . . . . | | |
| **B** Carryforward from before 2018 . . . . . . . . . . . . . . . . | | |
| **C** Carryforward from 2018 . . . . . . . . . . . . . . . . . | | |
| **D** Carryforward from 2019 . . . . . . . . . . . . . . . . . | | |
| **Total carryforward to next year** . . . . . . . . . . . . . . . . . | | |

spsw9906.SCR  11/09/20